**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CASE NO.** |
| | : | |
| | : | |
| **FREDERICK WEBB,** | : | **VIOLATION:** |
| | : | **40 U.S.C. § 5104(e)(2)(G)** |
| **Defendant.** | : | **(Parading, Demonstrating, or Picketing in** |
| | : | **a Capitol Building)** |

# I N F O R M A T I O N

The United States Attorney charges that at all relevant times:

# COUNT ONE

On or about January 6, 2021, in the District of Columbia, **FREDERICK WEBB** willfully

and knowingly paraded, demonstrated, and picketed in any United States Capitol Building.

   (**Parading, Demonstrating, or Picketing in a Capitol Building**, in violation of Title 40,
   United States Code, Section 5104(e)(2)(G))

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: _____

JOSEPH HUYNH
Attorney, detailed to the
United States Attorney's Office for the
District of Columbia
555 Fourth Street, N.W.
Washington, DC 20530